975 A.2d 1078

**Ali A. LUMUMBA, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

No. 61 EM 2009.

Supreme Court of Pennsylvania.

July 1, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 1st day of July, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**